UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAWN MICHELLE GRUMBLES,<br><br>   Plaintiff,<br><br>   v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>   Defendant. | Case No. 1:23-cv-00316-CDB (SS)<br><br>ORDER ON STIPULATION EXTENDING DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT<br><br>(Doc. 11) |

Pending before the Court is the parties' stipulation in which Defendant requests a 30-day extension of time to respond to Plaintiff's complaint. (Doc. 11). Defendant's unopposed request is timely filed. Accordingly, for the reasons set forth in the stipulation and for good cause appearing, IT IS HEREBY ORDERED,

1. Defendant's time within which to file a copy of the administrative record is extended to on or before **May 31, 2023**; and

*Reminder of Page Intentionally Left Blank*

2. The deadlines for Plaintiff to file a motion for summary judgment, Defendant to file a cross-motion for summary judgment and Plaintiff's optional reply brief shall continue to be governed by the existing deadlines set forth in the Scheduling Order (Doc. 5 at 2).

IT IS SO ORDERED.

Dated:   **April 17, 2023**

UNITED STATES MAGISTRATE JUDGE